IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01858 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2008

GREGORY C. LANGHAM
CLERK

WILLIE JAMES MCCRAY,

    Plaintiff,

v.

WARDEN RIOS. "In His Individual Capacity,"
ASSOCIATE WARDEN J. JONES, "In His Individual Capacity,"
CAPTAIN HANSEN, "In His Individual Capacity,"
CAPTAIN KRIST, "In His Individual Capacity,"
OFFICER BRACE, "In His Individual Capacity,"
OFFICER ESHIEON, "In His Individual Capacity,"
OFFICER BRACE, "In His Individual Capacity,"
OFFICER J. RODRIGUEZ, "In His Individual Capacity,"
OFFICER T. RULE, "In His Individual Capacity,"
OFFICER LEGGIT, "In His Individual Capacity,"
SPECIAL AGENT WILLIE HAWKINS, "In His Individual Capacity,"
SPECIAL AGENT JOE ALONZO, "In His Individual Capacity,"
INMATE WALLACE 03249-015,
INMATE GLADNEY 44112-083, and
INMATE NEVELS, ID # Unknown,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Notice of Settlement Negotiation, an Important Notice, an Interrogatory for In Personam Attachment and Garnishment, a Motion for Custodian, a Writ of Execution Notice, a Motion for Attorney Fee, a Motion for Custodian, a Motion

for Seizure of Person or Property, a Motion for Joinder of Persons Need for Just Adjudication, a Motion for Custodian, a Motion to Have Court-Annexed Mediation Plan, a Motion for Summary Judgment, a Proposed Order, a Notice, a Pretrial Memorandum, a Pretrial Memorandum Interrogatories, a Claim of Exemption to the U.S. Marshal, a Plaintiff Brief in Support of Motion for Summary Judgment, a Notice, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) X is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other:_____

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption

(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 29th day of August, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 01858-BNB

Willie J. McCray
Reg. No. 24599-018
USP - Tuscan
PO Box 24550
Tuscan, AZ 85734

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/29/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk