IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01858-BNB

WILLIE JAMES McCRAY,

    Plaintiff,

v.

WARDEN RIOS, in his individual capacity,
ASSOCIATE WARDEN J. JONES, in his individual capacity,
CAPTAIN HANSEN, in his individual capacity,
CAPTAIN KRIST, in his individual capacity,
OFFICER ESHIEON, in his individual capacity,
OFFICER BRACE, in his individual capacity,
OFFICER J. RODRIGUEZ, in his individual capacity,
OFFICER T. RULE, in his individual capacity,
OFFICER LEGGIT, in his individual capacity,
SPECIAL AGENT WILLIE HAWKINS, in his individual capacity of the D.E.A.,
SPECIAL AGENT JOE ALONZO, in his individual capacity of the D.E.A.,
INMATE WALLACE, 03249-015,
INMATE GLADNEY, 44112-083, and
INMATE NEVELS, ID# Unknown,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING 28 U.S.C. § 1915 MOTION

Plaintiff, Willie James McCray, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Tucson, Arizona. Mr. McCray has filed *pro se* a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a number of other motions and documents. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about his financial status, the court finds that Mr. McCray is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. McCray may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. McCray remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this order.

Finally, Mr. McCray's eight other pending motions will be denied. For the most part, it is not clear what relief Mr. McCray is seeking in those motions. To the extent the motions make sense, the motions are premature. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on August 25, 2008, is granted. It is

FURTHER ORDERED that Mr. McCray may proceed in this action without payment of an initial partial filing fee. Mr. McCray remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Mr. McCray shall make monthly payments to the court of twenty (20) percent of the preceding

2

month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. McCray is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. McCray must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. McCray fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that all other pending motions are denied. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED September 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01858-BNB

Willie J. McCray
Reg. No. 24599-018
USP - Tucson
PO Box 24550
Tucson, AZ 85734

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9/29/08  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk