IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01858-BNB

WILLIE JAMES McCRAY,

    Plaintiff,

v.

WARDEN RIOS, in his individual capacity,
ASSOCIATE WARDEN J. JONES, in his individual capacity,
CAPTAIN HANSEN, in his individual capacity,
CAPTAIN KRIST, in his individual capacity,
OFFICER ESHIEON, in his individual capacity,
OFFICER BRACE, in his individual capacity,
OFFICER J. RODRIGUEZ, in his individual capacity,
OFFICER T. RULE, in his individual capacity,
OFFICER LEGGIT, in his individual capacity,
SPECIAL AGENT WILLIE HAWKINS, in his individual capacity of the D.E.A.,
SPECIAL AGENT JOE ALONZO, in his individual capacity of the D.E.A.,
INMATE WALLACE, 03249-015,
INMATE GLADNEY, 44112-083, and
INMATE NEVELS, ID# Unknown,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -1 2008

GREGORY C. LANGHAM
              CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 30, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01858-BNB

Willie J. McCray
Reg. No. 24599-018
USP - Tucson
PO Box 24550
Tucson, AZ 85734

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/1/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk