FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 0 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01858-REB-MEH

WILLIE J. McCRAY,

    Plaintiff,

v.

WARDEN RIOS, in his individual capacity,
ASSOCIATE WARDN J. JONES, in his individual capacity,
CAPTAIN HANSEN, in his individual capacity,
CAPTAIN KRIST, in his individual capacity,
OFFICER ESHIEON, in his individual capacity,
OFFICER BRACE, in his individual capacity,
OFFICER J. RODRIGUEZ, in his individual capacity,
OFFICER T. RULE, in his individual capacity,
OFFICER LEGGIT, in his individual capacity,
SPECIAL AGENT WILLIE HAWKINS, in his individual capacity of the D.E.A.,
SPECIAL AGENT JOE ALONZO, in his individual capacity of the D.E.A.,
INMATE WALLACE, 03249-015,
INMATE GLADNEY, 44112-083, and
INMATE NEVELS, ID# Unknown,

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated October 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01858-REB-MEH

Willie J. McCray
Reg. No. 24599-018
USP - Tucson
PO Box 24550
Tucson, AZ 85734

Warden J. Jones, Captain Krist, Officer Eshieon, Officer Brace, Officer J. Rodriguez, Officer T. Rule, Officer Leggit, Agent Willie Hawkins, and Agent Joe Alonzo– **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

Warden Rios -**CERTIFIED**
USP - Big Sandy
1197 Airport Rd.
Inez, KY 41224

US Marshal Service
Service Clerk
Service forms for: Inmate Andrew Wallace, and Inmate Dwayne Gladdney

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Andrew Wallace and Dwayne Gladdney; to Chris Synsvoll for service of process on Warden J. Jones, Captain Krist, Officer Eshieon, Officer Brace, Officer J. Rodriguez,Officer T. Rule, Officer Leggit, Agent Willie Hawkins, and Agent Joe Alonzo; to The United States Attorney General; and to the United States Attorney's Office:

COMPLAINT FILED 08/29/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/10/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk