IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01858-REB-MEH

WILLIE JAMES McCRAY,

    Plaintiff,

v.

WARDEN RIOS, in his individual capacity,
ASSOCIATE WARDN J. JONES, in his individual capacity,
CAPTAIN HANSEN, in his individual capacity,
CAPTAIN KRIST, in his individual capacity,
OFFICER ESHIEON, in his individual capacity,
OFFICER BRACE, in his individual capacity,
OFFICER J. RODRIGUEZ, in his individual capacity,
OFFICER T. RULE, in his individual capacity,
OFFICER LEGGIT, in his individual capacity,
SPECIAL AGENT WILLIE HAWKINS, in his individual capacity of the D.E.A.,
SPECIAL AGENT JOE ALONZO, in his individual capacity of the D.E.A.,
INMATE WALLACE, 03249-015,
INMATE GLADNEY, 44112-083, and
INMATE NEVELS, ID# Unknown,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the plaintiff's **Dismissal of Action** [#41] filed November 3, 2008, moving to dismiss his complaint against the defendants. His pleading indicates "The plaintiff wishes not to pursue the action." The court construes this pleading as a notice of dismissal under Fed.R.Civ.P.41(a)(1)(A)(I). After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice as provided in

Fed.R.Civ.P.41(a)(1)(B).

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's notice of dismissal [#41] filed November 3, 2008, is **APPROVED**; and

2. That this action is **DISMISSED** without prejudice.

Dated December 19, 2008, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**